No. 339. MINNIE E. PATTERSON, ADMINISTRATRIX, v. NEW YORK CENTRAL RAILROAD COMPANY, SUED AS NEW YORK CENTRAL & HUDSON RIVER RAILROAD COMPANY. October 24, 1927. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. Walter A. Fullerton* for petitioner. *Mr. Sherman A. Murphy* for respondent.

---

No. 340. CHARLES ERWIN BROWN v. PERE MARQUETTE RAILWAY COMPANY. October 24, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Michigan denied. *Mr. Riley L. Crane* for petitioner. *Messrs. John C. Shields, George W. Weadock* and *Vincent Weadock* for respondent.

---

No. 345. FRANK DANE v. UNITED STATES. October 24, 1927. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Wilton J. Lambert, Rudolph H. Yeatman* and *Austin F. Canfield* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring* and *Mr. Harry S. Ridgely* for the United States.

---

No. 348. A. LAWRENCE MILLS AND JOHN R. GRAY v. CHARLES T. SHERMAN ET AL., TRUSTEES. October 24, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. G. L. Wire* for petitioners. *Mr. Thomas G. Long* for respondents.

---

No. 350. RITCHIE L. DUNN, TRUSTEE, v. SHELL COMPANY OF CALIFORNIA. October 24, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the